DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>IAN BENJAMIN ROGERS,<br>    Defendant. | CASE NO. 21-MJ-70157 MAG<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California

    Assistant United States Attorney FRANK J. RIEBLI respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner IAN BENJAMIN ROGERS, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

    The prisoner, IAN BENJAMIN ROGERS, is required to appear remotely as a defendant in the

///

///

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-70157 MAG

1  above-entitled matter in this Court on the date identified in the writ for his initial appearance and any
2  subsequent proceedings, and therefore petitioner prays that the Court issue the Writ as presented.
3  Dated:  February 1, 2021                              Respectfully Submitted,
4                                                        DAVID L. ANDERSON
                                                         United States Attorney
5
6                                                              /s/
                                                         FRANK J. RIEBLI
7                                                        Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-70157 MAG

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-MJ-70157 MAG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| IAN BENJAMIN ROGERS, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant IAN BENJAMIN ROGERS, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present remotely for his initial appearance and any subsequent proceedings, is granted and the Writ shall be issued as presented.

DATED: _____

                                                HON. LAUREL BEELER
                                              United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 21-MJ-70157 MAG

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California or and DINA JOSE, Napa County Director of Corrections** and /or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of IAN BENJAMIN ROGERS, who is in the custody of Napa County Department of Corrections, at 1125 Third Street in Napa, California 94559, before the Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, in San Francisco, California 94102, on **Tuesday, February 23, 2021, at 10:30 a.m.**, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at any subsequent proceedings. A remote appearance will satisfy this Writ.

Should the current custodian release IAN BENJAMIN ROGERS from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK