1 STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2
HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7200
7     FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 21-274 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) UNITED STATES' APPLICATION AND |
| | ) ORDER TO UNSEAL INDICTMENT AND |
| IAN BENJAMIN ROGERS, and JARROD COPELAND | ) ARREST WARRANT |
| Defendants. | ) |

    The United States, through undersigned counsel, respectfully moves this Court to unseal the above-captioned matter. The government initially asked that the Court seal the matter to help ensure the safety of the agents who would execute the arrest and search warrant as to Jarrod Copeland. This morning, agents from the Federal Bureau of Investigation arrested Copeland in Sacramento and executed the search warrant for his residence. Because they were unable to get him onto the magistrate calendar in the Eastern District of California this afternoon, they are transporting him to Santa Rita Jail in order for him to appear in magistrate calendar in the Northern District of California tomorrow morning. Ian Rogers remains in custody in Napa County Jail.

    Accordingly, there is no longer any need to keep this matter sealed, and unsealing the matter will

UNSEALING APP. AND [PROPOSED] ORDER     1
CR 21-274 CRB

permit the Clerk of the Court in the Northern District to merge Rogers's complaint (3:21-MJ-70157 MAG) into the indictment (CR 21-274 CRB), and facilitate the government's providing the charging document to Copeland's attorney in advance of the initial appearance.

DATED: July 14, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
FRANK J. RIEBLI
Assistant United States Attorney

## ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned matter be unsealed and that the Clerk of the Court may now merge the complaint in 3:21-MJ-70157 MAG into the indictment in CR 21-274 CRB.

IT IS SO ORDERED.

DATED: July 14, 2021

HON. ALEX G. TSE
United States Magistrate Judge