1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5
6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        Frank.Riebli@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) Case No. 21-MJ-70157 MAG
14 |        Plaintiff,                )
15 |    v.                            ) STIPULATION AND PROPOSED ORDER
   |                                  ) CONTINUING HEARING
16 | IAN BENJAMIN ROGERS,             )
17 |        Defendant.                )
18

19     On January 26, 2021, the Court issued a criminal complaint charging Ian ROGERS with
20 possession of an unregistered destructive device, in violation of 26 U.S.C. § 5861(d). ROGERS was
21 then (and remains) in custody in Napa County facing weapons charges there. ROGERS appeared in this
22 Court by writ of habeas corpus ad prosequendum and was arraigned on the complaint on February 23,
23 2021. At that time, the parties agreed to return for a status conference on March 26, 2021. By written
24 stipulation, the parties continued that status conference to April 23, 2021, and then again to May 25,
25 2021, and then again to June 25, 2021. The parties now ask that the Court continue the status
26 conference one more time, to July 30, 2021.
27     Since the initial appearance, the government has obtained and produced a substantial amount of
28 discovery to ROGERS. In addition, on April 3, 2021, the government executed a search warrant at

1  ROGERS's former business in Napa, and seized additional evidence.  The government is still processing
2  that evidence and will produce it to ROGERS as soon as possible.
3      The parties hereby request that the Court continue the status hearing to July 30, 2021.  The
4  continuance will allow the government the time needed to produce the additional discovery to ROGERS
5  and enable both parties to be in a better position to discuss both the pending charge and potential future
6  charges.  In addition, it will allow the parties the ability to coordinate with counsel in the parallel state
7  proceeding.  ROGERS remains in custody on state charges.
8      For these reasons, the parties agree that it is appropriate to exclude time under Rule 5.1 and 18
9  U.S.C. § 3161(b) in order to allow for the effective preparation of counsel.
10 IT IS SO STIPULATED.
11 DATED:  June 22, 2021    Respectfully submitted,
12     STEPHANIE M. HINDS
    Acting United States Attorney
13
14     _____/s/_____
    FRANK J. RIEBLI
    Assistant United States Attorney
15
16
17     ___/s/ Frank Riebli w/ permission___
18     COLIN COOPER
    Attorney for Ian Rogers
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

For the reasons set forth above, the Court hereby continues the status hearing in the above-captioned matter from June 25, 2021 to July 30, 2021 at 10:30 a.m.  Further, to allow for the continued production of discovery and the effective preparation of counsel, the Court finds that the ends of justice served by granting the continuance outweigh the interests of the public and the defendant, and thus the Court excludes that period of time from the running of the speedy trial clock under Rule 5.1 and 18 U.S.C. § 3161(b).  The Court further orders the U.S. Marshal and the Director of Corrections of the Napa County Department of Corrections to produce Ian Rogers for the hearing on July 30, 2021, as provided in the writ issued on February 18, 2021 in this matter.

IT IS SO ORDERED.

DATED: June \_\_\_\_\_, 2021

_____
HON. LAUREL BEELER
United States Magistrate Judge