STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7234
      Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  21-CR-274 CRB |
|     Plaintiff, | ) |
|     v. | ) PETITION FOR WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM |
| IAN BENJAMIN ROGERS, | ) |
|     Defendant. | ) |

TO:    The Honorable SALLIE KIM, United States Magistrate Judge for the Northern District of

California

      Assistant United States Attorney Frank J. Riebli respectfully requests that the Court issue a Writ

of Habeas Corpus Ad Prosequendum for the person of prisoner IAN BENJAMIN ROGERS, whose

place of custody or jailor are set forth in the requested Writ, attached hereto.  On January 26, 2021, the

Court issued a complaint, in 3-21-MJ-70157 MAG charging ROGERS with violations of 26 U.S.C.

§§ 5861(d) and 5845.  ROGERS was in state custody at the time, facing state weapons charges.

Accordingly, on February 18, 2021, the government obtained a writ to secure ROGERS's appearance on

the federal charge, but the writ authorized a remote appearance.  Thus, ROGERS remained in state custody and made his initial appearance on the federal charge on February 23, 2021 by Zoom.  On July 7, 2021, the grand jury indicted ROGERS for violations of 18 U.S.C. §§ 844(i) and (n), 26 U.S.C. §§ 5861(d) and 5845, and 18 U.S.C. § 922(o) (three counts), in case number 21-CR-274 CRB. ROGERS appeared by Zoom and been arraigned on the Indictment.  His next appearance before the District Court is February 2, 2022.  In order to facilitate the orderly prosecution of the case and trial setting and preparation, the government now seeks the physical transfer of ROGERS into federal custody.

The government previously applied for and obtained a writ (in December 2021).  At the request of the United States Marshals Service the government submits this new application with the language the USMS requests, seeking ROGERS's transfer forthwith.

The government has consulted with the Napa County District Attorney's Office and that office consents to ROGERS's transfer to federal custody by this writ.

The prisoner, IAN BENJAMIN ROGERS, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated:  January 6, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Frank J. Riebli*
Frank J. Riebli
Assistant United States Attorney

1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney

2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   FRANK J. RIEBLI (CABN 221152)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Frank.Riebli@usdoj.gov
8

9   Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )   CASE NO. 21-CR-274 CRB
                                           )
14          Plaintiff,                      )
                                           )
15          v.                              )   [PROPOSED]
                                           )
                                           )   ORDER GRANTING PETITION FOR WRIT OF
16  IAN BENJAMIN ROGERS,                   )   HABEAS CORPUS AD PROSEQUENDUM
                                           )
17          Defendant.                      )
                                           )
18  ─────────────────────────────          )

19
            Upon motion of the United States of America, and good cause appearing therefore,
20
    IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas
21
    Corpus Ad Prosequendum requiring the production of defendant IAN BENJAMIN ROGERS, before
22
    this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that
23
    the defendant be present for all future hearings, is GRANTED and the Writ shall be issued as presented.
24

25
    DATED: _____
26                                              _____
                                                HON. SALLIE KIM
27                                              United States Magistrate Judge

28

    [PROPOSED] ORDER
    CASE NO. 21-CR-274 CRB                       1

1

## **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

2

3    TO:    **DONALD M. O'KEEFE, United States Marshal for the Northern District of California or**

4             **and DINA JOSE, Napa County Director of Corrections** and /or any of their authorized

5             deputies:

6

7             Pursuant to the foregoing petition and order, you are directed to remove the body of IAN

8    BENJAMIN ROGERS (DOB 3/16/1976) from the custody of Napa County Department of Corrections,

9    at 1125 Third Street in Napa, California 94559, into federal custody in the Northern District of

10   California, forthwith, or as soon as practicable, on the charges filed against defendant in the above-

11   entitled Court and further to produce said defendant at all future hearings as necessary until the

12   termination of the proceedings in this Court.

13            Should the current custodian release IAN BENJAMIN ROGERS from its custody, you are

14   directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the

15   Northern District of California and/or his authorized deputies under this Writ.

16

17

18   DATED: _____                    CLERK, UNITED STATES DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
19

20                                          By:    _____
21                                                 DEPUTY CLERK

22

23

24

25

26

27

28