```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys
        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        Frank.Riebli@usdoj.gov
        Eric.Cheng@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-274 CRB |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING |
| IAN BENJAMIN ROGERS, | |
| Defendant. | |

On July 8, 2021, the grand jury issued a six-count indictment charging Ian ROGERS and Jarrod COPELAND with conspiring to destroy a building by arson or explosive device, weapons violations and obstruction of justice. The parties made their first appearance in District Court on August 18, 2021. At that time, ROGERS appeared from Napa County Jail (where he was then housed) pursuant to a federal writ issued February 18, 2021. Following a series of stipulated continuances, the Court set the matter for a status hearing on February 2, 2022.

In the past 30 days, the government has secured ROGERS's transfer from state to federal custody (with the concurrence of state authorities), conducted a "reverse proffer" for ROGERS, provided ROGERS a draft plea agreement, and begun negotiations for a global resolution of all of the

charges – federal and state – ROGERS presently faces. The parties agree that additional time is needed to determine whether a resolution is possible and, if so, coordinate it with federal and state authorities. The parties also agree that ROGERS needs additional time to consider the information the government provided him during the reverse proffer.

    The parties therefore request that the Court continue the status hearing from February 2, 2022 to March 2, 2022. The continuance will allow the parties time to coordinate with counsel in the parallel state proceeding, and allow ROGERS time to consider the information the government provided him and its implications for his decision whether to resolve the case without a trial.

    For these reasons, and to allow for the effective preparation of counsel, the parties agree that the ends of justice served by excluding the time from February 2, 2022 through March 2, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: February 2, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
FRANK J. RIEBLI
ERIC CHENG
Assistant United States Attorneys


_____/s/ Frank Riebli w/ permission__
COLIN COOPER
Attorney for Ian Rogers

1  **[PROPOSED] ORDER**

2  For the reasons set forth above, the Court hereby continues the status hearing in the above-
3  captioned matter from February 2, 2022 until **March 2, 2022, at 9:00 a.m.**  Further, to allow for the
4  continued production of discovery and the effective preparation of counsel, the Court finds that the ends
5  of justice served by granting the continuance outweigh the interests of the public and the defendant, and
6  thus the Court excludes that period of time from the running of the speedy trial clock under Rule 5.1 and
7  18 U.S.C. § 3161(b).
8  IT IS SO ORDERED.

10  DATED: February __1__, 2022

HON. CHARLES R. BREYER
United States District Judge

STIP. TO CONTINUE HRG                 3
21-CR-274 CRB