UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  May 27, 2022            Judge:  Honorable Charles R. Breyer

Court Reporter: Joan Columbini
Time: 11:12 .a.m. to 11: Minutes
Case No.: 3:21-cr-274-CRB-1
Case Name:  USA v. Ian Benjamin Rogers

Attorney(s) for Government: Frank Riebli and Eric Cheng
Attorney(s) for Defendant(s): Kellin Cooper
Interpreter: n/a
Probation Officer: n/a

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement/Application and provided to the Court. Defendant plead guilty to Counts 1, 2 and 4 of the Indictment.  Sentencing hearing set for September 16, 2022 at 10:00 a.m.