1  COLIN L. COOPER, SBN 144291
   KELLIN COOPER, SBN 172111
2  THE COOPER LAW OFFICES
   800 Jones Street
3  Berkeley, CA  94710
   (510) 558-8400
4  (510) 558-8401
   www.cooperdefense.com
5

6  Attorneys for Defendant
   IAN ROGERS
7
                        UNITED STATES DISCTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN FRANCISCO VENUE
10
   UNITED STATES OF AMERICA,              )   Case No.: 3:21-CR-00274-CRB
11                                        )
              Plaintiff,                  )
12                                        )   SENTENCING MEMORANDUM
                                          )   EXHIBIT A: LETTERS OF SUPPORT
13            vs.                         )
                                          )
14 IAN ROGERS,                            )
                                          )
15            Defendant.                  )   Date: September 28, 2022
                                          )   Time: 9:30 a.m.
16                                        )
                                          )
17

18

19

20

21

22

23

24

25

26

27

28

September 5th, 2022

To The Honorable Judge Charles R. Breyer

Your Honor my name is Yuliia Rogers and I am the wife of Ian Rogers.

I am writing this letter in the great hope that it may serve you in your life-changing decision for my husband.

I married Ian of February 14, 2020. I come to him from Ukraine with my little son Daniil. Ian and I met in 2019 and during the time that we processed my immigration documents, he visited me in my country 2 times. We also communicated via Viber every day, almost every hour, given our time difference. It was like a fairy tale and I couldn't believe the reality of what was happening. We were endlessly in love with each other and could not wait for the decision of the immigration office so that we could start our family life together.

I remember that day in Kyiv when the decision about my fiance visa was to be made. I did not sleep all night and I anxiously waited for the last hours and minutes, because our happiness with Ian and the opportunity to be together depended on it. And a miracle happened. I was soo happy and I called Ian right away, even though in was a night in California. We were both infinitely happy and I was preparing for my journey to my beloved future husband.

I still didn't speak English well but we always

understood each other. We played our wedding two weeks after my arrival in California.

My son Daniil and Ian's son Ryland became friends almost immediately, despite the fact that my son spoke little English. They loved the fact that they were brothers now. I wase very happy that my son finally found a loving father. Ian is very kind to animals and children. When I arrived at Ian's, he already had 2 dogs and became 3 because I also brought my Chihuahua from my country. We were a big and friendly family.

Our house was always noisy with children's fun and laughter. Two neighbors children often came to our house to play and swim in the pool. Ian always welcomed this and every evening after returning home from work he took the children to the store and bought them sweets

After the start the Covid epidemic, I began to notice more and more the tension of my husband and his excitement for our future. He was worried that his business would get stuck and stop generating income. He was worried that he would not be able to provide for us and pay the mortgage on the house. At that i time, I still did not have a work permit and as a result I could not work.

Due to increased stress, Ian began to dring more and more alcohol in the evenings. The situation with the pandemic worsened.

Also approaching the election of the President of America. Ian has always been a Republican and Trump supporter. With all thous recent events, stress, his alcohol addiction he let his emotions

run and had silly drunken conversations with friends. But it was not aggressive emotionality, but more like despair and disappointment. Ian is a very emotional person and takes everything to heart. He is able to say stupid things under the influence of alcohol, but he is ashamed of it when he is sober. All he wanted was the safety of his family, a bright future for our children, and financial stability.

I also know the fact that Ian was a very passionate gun collector. Sadly, this fact played strongly against him in this case. Everything seems to have merged together and presented Ian in the eyes of the public as a well-thought-out evil terrorist.

Ian has been collecting guns for over 20 years. Over the years, his collection has grown to an impressive size. Sadly, it turned out that the passion of the collector led to the fact that weapons not allowed in California were also in his collection. My husband has always been careful with weapons and I saw in his eyes the passion of a collector, not a person who wants to use these weapons to harm others. He kept the guns in a safe and I never felt any danger.

When he was arrested, I was shocked and I thought he would be back soon. His large collection of weapons presented the image of my husband as the man who deliberately prepared so many weapons for terror. But people didn't take to into account the fact that it had been a collector's item for 20 years. In the end, his messages, written under the influence of alcohol, finally allowed the public to think that he was a criminal and his place in prison for many years. But when we think about it, are we all perfect?

Who among us has never done something for which we would be ashamed? It's just that no one reads our phones and puts them on public display.

Your Honor, of course I don't condone some of my husband's actions, such as abusing alcohol, drank messages and illegal weapons. I just try to show you my husband's motives and that his faults do not correspond to what he is accused of. He now has too serious accusations about what he did not do and did not intend to do. If you ask me how I know this. Yes, we have not been married for a long time, we did not even have time to celebrate our first wedding anniversary, but I am the person who has always been by his side during this difficult time and I have seen him for real both drunk an sober. I can definitely tell, that my husband is not capable of terror, he will never harm anyone. And I'm ready to subscribe to my every word. He is a family man and I know how deeply he regrets about what happened. He has no criminal record.

I don't want to bore you unduly with my long letter, Your Honor, it's just all that has happened is grief for us. Since my husband was arrested, we have been talking on the phone every day (apart from quarantines and broken phon lines) and I can hear his despair, his tears and his deep regret about what happened. I tell him that God will help us. All Ian wants is to be with his family. He has already paid a high price by losing his business, a decent reputation,

last money and opportunity to be with his family and see how his children grow up, who will soon become teenagers.

Your Honor, I ask you to accept my letter not as an attempt to pity you, but as a true description of the personality of my husband. I ask you to give us the opportunity to be together again as soon as possible so that our family becomes full and happy again. As I once waited for permission for my connection with a loved one from the immigration service, so I now look forward to your decisoon.

I don't blame those people who think my husband is guilty of everything. They believe all the bad things they say about him. But they don't know Ian Rogers the way we know him — family members and fiends. Outsiders are indifferent to the fate of Ian and they would be calmer if he was in prison for many years, just in case. But only we, close to Ian, pray for a wise and fair decision.

Your Honor, thank you for reading this long letter to you.

Yuliia Rogers

Dear Judge

My name is Daniil and Ian Rogers is my father. He Become my dad recently but I miss him. He needs to go Back to his family because everyone is waiting and missing him. I believe that he is not a bad person, and he will return soon.

August 24, 2022

# Profile of Ian B. Rogers

Ian has always been highly interested to automobiles, and their engine. At age 2 yrs. he climbed upon a John Deere crawler and turned the key on with a loud start. He works hard at every project. By the time he graduated from Sonoma Valley high school he had rebuilt several engines. He worked at his Dad's auto repair shop in Sonoma. Ian loves his son Ryland and together they worked in his Napa Valley British Motors on several engines. They rebuilt the Range Rover 2000 + let I drive today.

They both did yard work on the home in American Canyon. They raised hens and roosters for eggs and family meals. They incubated and hatched Pullets for their small henhouse.

At age 9 he roasted a chicken for the family dinner. He has become a fine cook and loves to BBQ for friends and family. He provided and BBQ'ed ribs for sister Heather's Wedding in Kauai 2012.

Ian loves to fish off the rocks in Dillon Beach, Marin Co. and also the Mendocino coast.

Ian studied music. He learned piano, alto saxophone, and electric guitar; which he plays today.

He learned public speaking at meetings of Jehovah's Witnesses in Sonoma, and American Canyon, 1976-2011.

He has been an important business man in Napa and many trading customers, depended on him. He became a Master Tech at age 21 the youngest Landrover had.

I have relied on his emotional support and he has become a loving son for me.

He loves reading the Bible, novels, and self held books.

Sincerely,

Elaine Binkley
Ian's Mother

September 1st, 2022

To The Honorable Judge Charles R. Breyer
Senior Judge of the United States District Court for the Northern District of California
San Francisco Courthouse, 17th Floor 450
Golden Gate Avenue, San Francisco, CA 94102

Re:  Sentencing Hearing of Ian B. Rogers

Dear Judge Breyer,

I am writing this letter to express to you my knowledge of Ian Rogers' character.  I was married at 20 years old to Ian, and for 17 years we lived together. We were blessed to own a couple of homes, start a successful business together, and we created our beloved son Ryland.  During our marriage Ian acquired many guns, which became one of his favorite hobbies.  He collected guns in the same way that I collect earrings or shoes.  They were like art to him, and it gave him confidence knowing he could protect many people from harm if there were some disaster to befall us.  He was extremely cautious and I never felt unsafe in my home knowing he stored them properly in his extravagant gun safe.

I also know that Ian isn't a physically violent man so I never feared him.  He is an intelligent, passionate, emotionally sensitive man with a big heart.  Since 2014 we've been divorced, and during that time Ian was fully supportive of the divorce agreement we made.  He continued to take care of myself and our son once we were apart.  He struggled with alcoholism for many years, which became exacerbated by the stress of these last years.  He has never been one to not speak his mind which would offend people easily, as his style of communication can be quite aggressive.  His addictions led him to make some dumb decisions.  Not having enough healthy outlets to express the anger he was feeling about the current state of the world also influenced his behavior and mindset. In his drunken state of mind he expressed his dark fantasies to someone he thought was a friend.  And then he'd get up and go to work the next day trusting that any angry conversation released between him and his friends was protected by our freedom of speech.  I wouldn't be surprised if he remembered any of the previous night's wasted, belligerent speech.

Throughout this last 18 months I've witnessed the hatred that the media and many other people have spewn from their mouths, when they have no idea who Ian Rogers truly is.  They've judged him from small pieces of information that they've pieced together in their heads, and made him up to be some horrible threatening man.  I believe people fear him because they don't understand him and most importantly they don't know him.  Doesn't the loving support of his family members and friends prove anything to the type of man that Ian truly is deep inside??  He made some bad decisions regarding his weapon collection, but his intent was to always protect.  He would never risk losing everything he had spent his entire adult life working for!  He has never been a threat to society, only an asset to the community, which has somehow been completely overlooked.  He never harmed anyone nor was he planning to and he's being treated worse than a murderer for his bad thoughts and speech.

Ian has paid such a high price this past 18 months by losing almost all of his worldly possessions, losing his business that he built from nothing, and missing out on almost 2 years of his son's life.  He hasn't seen his son in person since January nor has he touched him in almost 2 years!  Enduring the misery of that alone, I'm sure has taught him that he has to become a changed man that will never drink alcohol again once he is returned to his family.  Our entire family has been devastated by the arrest of Ian, it feels as if he's been kidnapped.  Through our grief, we've been brought closer together in support of each other because we truly know Ian is a good man and loving father and husband.  Nothing that has been revealed to us by the media has shocked us or made us believe that Ian is capable of hurting people.  He is misunderstood and that is the problem.

I plead with you Your Honor, please consider with an open heart the letters from those of us that know Ian intimately.  We desperately need a masculine unbiased perspective from the court system, and we are praying that you will make the best decision that will benefit everyone.

We hope that you will return Ian to us, so that we may begin the long road of healing from this nightmare of emotional trauma we've all experienced because of Ian's arrest.

Sincerely,

*Julie L. Crisci*

Julie L. Crisci
Ian's Ex-Wife

Sept 17, 2022

To Ian Rogers' Judge

My name is Daniel Rogers , I am Ian Rogers' father. I am retired and handicapped.

I do not agree with Ian's pollical views and his gun collecting. He was raised with a first century Christian model advocating belief in nonviolence and neutrality in political affairs and in a home with no Guns. In his mid-adult life he chose to step away from this path follow his own road.

Ian provided me a place to stay in his shop after my wife died in 2017. When he was arrested I lost my place to live and became homeless and lost everything I owned; I lived in a homeless shelter for a year, then moving to a state institution rest home

Ian provided well for me and the rest of the family up to that point. He provided for his son and Ex-wife with special support and childcare. He provided for his wife Yulia and stepson Danny who are Legal immigrants from Russia/Ukraine. He helped with the immigration fees and paperwork Requirements for them, although they may have problems now with Ian out of the picture. Ian helped his mother with special needs in her old age.

Ian's business which was doing well at the time is now ruined, closed, Ian is out of money. His wife has to sublet rooms to pay the rent, fortunately she has found work, she needs support. His ex-wife and son have no support.

If Ian was released he could easily find work at any number of Rover, Jaguar dealerships or Shops, as he is well known in the bay area, and/or the state. He has Many friends in the auto repair industry.

Ian has expressed sorrow for what he has done and asked for forgiveness. I would request one thing in his sentencing in that it should include a non alcohol provision, this would be the best thing for Ian

Thankyou

Daniel Rogers

Aug. 25, 2022

In regards to Ian Rogers.

Ian is my younger brother.  We grew up in a strict religious household and my father is a
Vietnam veteran.  My brother ran a successful automotive repair shop for many years.  He has
always been very helpful to me when I have had any car issues.  He graduated from Wyoming
technical Institute in 1995.  He loved living in Wyoming and became a member of the National
Rifle Association.  My brother is a loving husband and father.  He loves to go fishing and have
barbecues and invite all his family and friends.  He helps his neighbors with car issues.  He was
a great asset to the community through his business.  He is not a danger to the public.  He is
invested in his family and not a flight risk.  I don't share his views politically but we have a good
relationship.

Sincerely,

Naomi E. Frates

Naomi E. Frates

To Whom It May Concern,

I have known Ian Rogers since he was in his early twenties and as a Jehovah's Witness courting my niece Julie Crisci Rogers.

He has always been a very nice and respectful young man all the years I have known him.  His main interest has always been cars and one day owning his own business, he is one great mechanic and knows cars really well.  He always shared about vehicles he had trouble with and wouldn't let the vehicle go back to it's owner until he had mastered the vehicle, he was passionate about being good at it.  He was also passionate about guns since he was a little boy.  He even started collecting some very nice hand guns.  Him and I even shared times together showing me his proud collection of what he had.  This is one fine young man who just wanted to care for his family and enjoy life.  I hope "LORD WILLING" he will be released from jail to go home and care for his family.  This was one terrible mistake made by someone for some unforseen reason.  My heart goes out to him.

Sincerely Yours,
Vincent M. Crisci

To Whom It May Concern,

I have known Ian Rogers since he was in his early twenties and as a Johkie's Witness courting my neice Julie Crisci Rogers.

He has always been a very nice and respectful young man all the years I have known him. His main interest has always been cars and one day owning his own business, he is one great mechanic and knows cars really well. He always shared about vehicles he had trouble with and wouldn't let the vehicle go back to its owner until he had mastered the vehicle; he was passionate about being good at it. He was also passionate about guns since he was a little boy, he even started collecting some very nice hard guns, him and I even shared times together showing me his proud collection of what he had. This is one fine young man who just wanted to care for his family and enjoy life. I hope "Lord Willing" he will be released from jail to go home and care for his family. This was one terrible mistake made by someone for some unforeseen reason. My heart goes out to him.

Sincerely Yours,

Vincent M. Crisci

Vincent M. Crisci

Nathan and Lori Fall
225 Jana Way, American Canyon, CA 94503
707-980-7094

August 31, 2022

The Honorable Judge Charles R. Breyer
Senior Judge of the United States District Court for the Northern District of California
San Francisco Courthouse, 17th Floor 450
Golden Gate Avenue, San Francisco, CA 94102

Re:  Sentencing Hearing of Ian B. Rogers

Dear Judge Breyer,

We are writing to you today in regard to the sentencing of Ian B. Rogers.  Ian has been a part of our family for nearly 30 years.  We sincerely hope you will take our words under consideration before making your final decision and imposing sentence.

When Ian was arrested over a year and a half ago and we learned of the charges being brought against him, we were devastated.  We were helpless to defend our hard working Brother-in-Law against all the exaggerated stories and horrible things being reported about him in the Media.  Now, here we are nearly 19 months later, and Ian's future is at stake.  It seems impossible to find all the right words to tell you about the man we know and love.

The Ian we know is an avid gun collector, business owner, husband and father.  He is the father of our Nephew, Ryland, just 10 years old.  He would do anything for his son.  He would never do anything to endanger his life.  He has always provided for him and made sure Ryland hasn't wanted for nothing.  After divorcing Ryland's mother, Julie, he continued to provide financially for both Ryland and Julie.  When he wasn't working full time running his automotive business he was with Ryland, helping to raise him. Now he is remarried to Yuliia and has a step son, Danny, who is 12 years old.  Due to In-Person visit restrictions at the Jail, he has been isolated from his wife and son's and has been unable to see them for months.  Witnessing this has been heart breaking.  There is no greater punishment for Ian than being taken away from his family.  Although Ian has lost the auto shop he built from the ground up, and all his other possessions and life savings, he will humbly rebuild.  Given the opportunity he will work tirelessly to rebuild a life that provides for his family.  He is a highly skilled mechanic who has the ability to again be a valuable member to his Community and Society.

Ian has paid a huge price for his speech.  But once again, in the end it was just that, speech.  If you knew Ian you would know that nothing was to come from his venting.  Regarding his 25 year old gun collection, please take into account that in many other States in Our Country, the illegal weapons Ian possessed, are not considered illegal.  Ian had plans to move to Wyoming.  If he had been living there, instead of California, he would not be in jail today, facing sentencing.  We hope that you will also ponder over the First and Second Amendments to the United States Constitution before making your determination.

Ian's wife and children need him to come back home to them.  His son's need their father and Yuliia needs her husband.  All of us will continue to stand behind Ian and support him, knowing he is a man of strong character that would never hurt anyone.

Very Sincerely,

Nathan and Lori Fall

September 11, 2022

Dear Judge,

My uncle, Ian Rogers is the father of my youngest cousin, Ryland. My uncle, Ian Rogers is the ex
husband of my most closest aunt, Julie. My uncle, Ian Rogers is the man who is on trial for conspiracy to
blow up a democratic building and the possession of illegal weapons. Growing up around my uncle I
never thought anything of the guns he owned. They were a hobby of his and he was passionate about
them. I felt frustration when the local news media spun the story to make it seem like he amassed those
weapons in a short amount of time to do something terrible. The guns were always there and it never
made anyone uncomfortable knowing he had them. Everyone except for a "disgruntled ex employee" who
in my opinion only reported my uncle as revenge for my uncle not hiring him back to British Auto Repair
after he went out on a workers comp claim for over a year. This "disgruntled ex employee" always had a
sense of entitlement and my uncle did his best to accommodate him until he could no longer. They had
frequent arguments throughout the years of working together. This employee has since gloated to other
acquaintances about getting my uncle in trouble and has left nasty comments on my uncle's current wife's
social media page about the situation. If you're the reason a man's life has been turned upside down you
don't gloat about it whether you believe that man is innocent or not. That to me shows that this
"disgruntled ex employee" had a personal vendetta against my uncle. Believe me when I say just about
everyone who's ever known my uncle, knew he had guns. No one cared, No one was afraid. One time,
when I was little he had a family bbq at his house. It was common for my aunt and uncle to host back
then. He must've just bought a new gun because he was showing it off to some other adults at the bbq. I
remember being a small child and seeing glimpses of it and thinking nothing of it. It was normal. It was my
uncle. It was his hobby. My uncle was always into politics. He would always rant and rave, playfully yell
and joke. The subject of politics always got him feisty. The same terrible things he said over text with his
"friend" he would say over a meal at the dinner table with a beer in his hand. Only if everyone was able to
hear him say those same things he said over text in person, they would also be able to hear the sarcastic
tone in his voice followed by his laugh. He was totally unserious. He's talked like that all his life, It was
nothing. It was venting, fantasizing, ranting. He's always had a big mouth. He's always been like that. In
2000, being the skilled mechanic he is, my uncle put a new transmission in one of my dads previous
trucks. A month later my dad mentioned he wanted to sell it. Having just worked on it my uncle felt slightly
offended and joked that he was gonna throw a pipe bomb through the trucks window. This was 22 years
ago, sound familiar? Now I don't support the way he talks or even the way he's acted at times but he does
not deserve to go down as a terrorist. The things he said were said in private and I struggle to see what
his "plan" was. I saw "I wish…." "I want…." "I would love to…" "I'm going to…" No detailed plan to
Insinuate he was actually going to commit a crime. My uncle has lost just about everything. I feel like he's
only pleading guilty because he's out of options and if he tries to fight he knows he'll just get a bigger
sentence. My little cousin misses his father. He needs a man to guide him. My uncle, Ian Rogers was
such a loving father to his son Ryland and I know he misses him deeply. My uncle, Ian Rogers is a
hardworking man who has had his life turned upside down and lost everything these last two years
including his reputation. I strongly believe that my Uncle, Ian Rogers is not a terrorist.

Sincerely,

Thomas Fall

9/7/2022


Leif White

1210 Delaware Street

Berkeley, CA. 94702

510-717-3576


Your honor:

    I am writing you regarding Ian Roger's case.  I want to start by thanking you for taking the time to read this.  I recently heard that a state lawyer has contacted you requesting a minimum of nine years for Ian's sentence.  I can only hope that you can see that this would be a dispositional sentence for a first offense, illegal weapon's charge.  I hope you consider some recent sentences for the 2020 riots.  These people entered the capitol with weapons and their sentence were not close to nine years.  Ian only had some in a garage and there they stayed:

    David Allan Blair. 5 months in prison, 18 months supervised release, $2,000 restitution

    Scott Kevin Fairlamb, 41 months in prison.

    Phillip Edward Kramer 30 days in jail, 100 hours of community service, $500 restitution.

    Nicholas Languerand, 44 months in prison, 2 years supervised release, 60 hours community service, $2000 restitution.

    Cody Mattice, 44 months in prison, 3 years supervised release, $2000 in prison.


    I worked with Ian for several years, he was a devoted Jehovah Witness, never would punch another human with his fist, much less use any of the weapons that he had.  Ian was arrested during a crazy time in which many people got sucked into behaviors that were not normally part of their character.  I know that there are those in the legal industry that wear successful case pleading like badges, but I beg you to consider what is legally consistent with Ian's crimes based on precedent.  Ian has already lost a business he worked very hard to build from nothing, his standing in the community, and about two years of his freedom.


    Thank you once again for taking the time to consider this.

Leif White.

Source for sentences; https://www.justice.gov/usao-dc/capitol-breach-cases

September 18, 2022

To whom it may concern,

My name is Heather A. Collins, younger sister of Ian B. Rogers.

I am writing to you to provide an alternative and a more accurate perspective from that of the prosecution, with the hope of a more lenient sentence. I know Ian's guilty plea is earnest and sincere. He knows he was wrong and broke the law. However, I feel there is a caveat to the guilty plea. He is not an insurrectionist who was going to act out his terrible words written in bluster and anger. Ian was and is a kind person that is both an affectionate and supportive brother. Although we don't share the same political views, we are still very close and have been in contact regularly since his arrest.

A very short time ago he wasn't even politically motivated. I'd be surprised if he even voted. He has been passionate about cars and firearms since he was a kid. He was a hardworking blue-collar businessman who created his own financial prosperity and security from our lower-middle class upbringing. It's this exact type of person that right-wing news programs and extremist groups prey upon to radicalize.

While I think more than two guns is too many, his firearm collection, while certainly not a great look, isn't of itself wrong. Altered firearms aren't even illegal in other states. I've known kids in high school who made explosive devices, they were mischievous yes, wrong yes, but terrorist no. Taken individually none of these things make him a terrorist. I hope the court can see he was never going to do anything other than puff out his chest and type a big game; and that there were people on the internet more than happy to push him out into traffic.

In fact, if not for a vindictive former employee, his ugly comments would have gone into the ether and been forgotten by all. His guns and explosives would have continued to collect dust. Instead, the prosecution has decided to vilify, to make an example of, a man that was a victim himself of these extremist groups recruiting in every corner of the internet. As a result, an angry and jealous former employee got his "revenge" on a businessman who wouldn't hire him back.

Meanwhile people who really did commit crimes against our government and our institutions, are getting as little as probation, 1 month, or 6 months for storming the capital and being a part of a group who assaulted police officers.

I beg the court to hear my words and take them as the most earnest and truthful.

Ian is a loyal, hardworking, sensitive, and loving family man who is generous with his time and energy towards his family and community. During the time he has already served he has recognized his mistakes, his foolish decisions, and taken ownership of his actions.

His goal is to be reunited with his family. His presence and financial support are an absolute necessity. He has young and impressionable children that need be unburdened of the stressful and emotional turmoil that this circumstance has created. I plead with the justice system to give my brother the

shortest sentence possible. Please see to it that justice is served and allow my brother to return to live a better man sooner than later.

Sincerely,

Heather A. Collins

# CALVARY BAPTIST CHURCH

August 29, 2022

Judge Breyer
Federal Court
San Francisco, CA

Dear Judge Breyer,

I am writing to you on behalf of Ian B. Rogers. I have known Ian for many years. He came to our church around 10 years ago. We have corresponded several times since he was arrested.

He has expressed to me his remorse over the things he has done. He regrets the whole situation. He has not tried to justify anything to me.

Ian and his family have already suffered much in the way of consequences. Ian had a great auto repair business. It was a first class operation in every way. That is all gone. There is much rebuilding of their lives that needs to be done. I am excited to help them do that.

Based upon these things I am asking for you to consider mercy in sentencing. I truly believed that Ian has learned from his mistakes.

Thank you, with all you have to do, for taking time to read this letter and consider this matter.

Sincerely,

Pastor Marshall Stevens

**Calvary Baptist Church**
117 Theresa Avenue
American Canyon, CA 94503
*Pastor Marshall P. Stevens*

Phone: 707-642-1142
Cell: 707-334-3768

E-mail: pastor@cbcac.org
Web Address: cbcac.org

