COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
IAN BENJAMIN ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IAN BENJAMIN ROGERS,<br><br>　　　　Defendant. | Case No. 21-CR-00274-CRB<br><br>LETTER IN SUPPORT OF IAN ROGERS' SENTENCING MEMORANDUM |

Mr. ROGERS was originally scheduled for sentencing on September 28, 2022. At that time, the sentencing hearing was continued so that Mr. ROGERS could be evaluated by Dr. John Chamberlain. Dr. Chamberlain evaluated Mr. ROGERS and filed his evaluation with the Court. Mr. ROGERS is now scheduled for sentencing on March 1, 2023 at 10:30 a.m. Attached as Exhibit "A" is a hand-written letter written by Mr. ROGERS on October 7, 2022.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　THE COOPER LAW OFFICES

Dated: February 8, 2023　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　COLIN COOPER
　　　　　　　　　　　　　　　　　Attorney for IAN BENJAMIN ROGERS

1