```
COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401
www.cooperdefense.com

Attorneys for Defendant
IAN BENJAMIN ROGERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00274-CRB |
| Plaintiff, | |
| vs. | **Exhibit A** |
| IAN BENJAMIN ROGERS, | |
| Defendant. | |

①

10/7/22

Dear Judge Breyer,

I was distressed to hear you say in last week's Hearing that you felt my only regret was that I got caught. I now have spent considerable time reviewing what I wrote and completely understand how you interpreted my remarks. It was all my fault because I so poorly reported my attitude and feelings concerning the very serious crimes I committed.

I do not blame you for hesitating to accept the plea agreement worked out between the US Attorney's office and my lawyer. I can understand how you interpreted my statement in the pre-sentence report because I wholly failed to clearly explain how I truly feel about my wrongdoing in this matter.

I don't blame you for interpreting my statements to mean that I only regretted getting caught. Nothing could be further from the truth. I made a colossal mistake owning illegal firearms, illegal explosives, and communicating via text messages with my co-defendant.

over →
pg 2

(2)

At the time, I believed the election was stolen. At the time, I believed things said by the Trump administration. At the time, I was in a dark place in my life and I was abusing alcohol and acting out, in part, because of it. I was wrong in my thinking.

Since my arrest, not a day goes by where I don't think about my illegal actions. Since my ~~arrest~~ Arrest, not a day goes by where I don't apologize to my family, my sons, and my wife for my illegal actions. I was wrong to possess illegal weapons. And, I was wrong to think about causing damage to any building or anyone. And, I think about that every day.

I have let my kids down, my wife and my friends, because of what I did. I told them that what I did was wrong, that I will make up for my mistakes, and that I will spend my remaining days in life bettering myself and seeking redemption for what I did wrong.

I vow to you that I have learned from my mistakes and that I will never, ever

criminal court.

I am 47 years old. I have never been in trouble before. I am begging you for a second chance. And, I am begging you to believe me when I tell you that I know I was wrong, that I made a humongous mistake, and that I know I deserve to be punished. But, I'm also begging you for a chance to redeem myself and begging you to accept the plea agreement so that after I pay a huge price I can come out of prison and resume being a law-abiding, productive member of the community, a loving husband to my wife, and a doting father to my two precious sons.

Sincerely, Ian B. Rogers