# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  March 1, 2023            Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 45 Minutes
Case No.: CR21-0274-1 CRB
Case Name:  USA v. Ian Benjamin Rogers (Present) (CUSTODY)

Attorney(s) for Government: Eric Cheng
Attorney(s) for Defendant(s): Colin Cooper
Probation Officer: Melissa Moy

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of 108 months on each of Counts One, Two and Four, all counts to be served concurrently. Defendant placed on supervised release for a term of 3 years on each of Counts One, Two and Four, all such terms to run concurrently. Defendant shall pay a special assessment of $300.  The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived. The Court unsealed the Department of Psychiatry and Behavioral Sciences Report issued by Dr. Chamberlain be placed on the public docket. Government's oral motion to dismiss counts 3 and 5 – Motion Granted.  Refer to Judgment for additional information.   Defendant in custody at Santa Rita Jail.